**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-1936**

———————

EVELYN B. CLARK,

Plaintiff - Appellant,

versus

W. BEASLEY, Deputy Sheriff, County of
Chesterfield Sheriff's Department; DONALD
NEWTON, Lieutenant, County of Chesterfield
Sheriff's Department; JEFFREY OLIVER,
Sergeant, County of Chesterfield Sheriff's
Department; ALVIN MOSLEY, Deputy Sheriff,
County of Chesterfield Sheriff's Department;
CHESTERFIELD COUNTY SHERIFF'S DEPARTMENT,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Henry E. Hudson, District
Judge. (CA-03-1074-3)

———————

Submitted:  November 24, 2004        Decided:  January 3, 2005

———————

Before LUTTIG, WILLIAMS, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Evelyn B. Clark, Appellant Pro Se.  William Fisher Etherington,
BEALE, BALFOUR, DAVIDSON & ETHERINGTON, P.C., Richmond, Virginia,
for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Evelyn B. Clark appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Clark v. Beasley</u>, No. CA-03-1074-3 (E.D. Va. July 8, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>